# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GERALD GEORGE, CATHY DUNN, TIMOTHY STREFF, and ANDREW SWANSON, etc., v. KRAFT FOODS GLOBAL, INC., KRAFT FOODS GLOBAL INC. ADMINISTRATIVE COMMITTEE, et al.

Case Number:

FILED: JULY 2, 2008
08CV3799
JUDGE CASTILLO
MAGISTRATE JUDGE NOLAN
AEE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS - GERALD GEORGE, CATHY DUNN, TIMOTHY STREFF, and ANDREW SWANSON, individually and as representatives of a class of similarly situated persons

| | |
|---|---|
| NAME (Type or print) <br> Nelson G. Wolff | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Nelson G. Wolff | |
| FIRM <br> Schlichter Bogard & Denton | |
| STREET ADDRESS <br> 100 S 4th Street, Suite 900 | |
| CITY/STATE/ZIP <br> St. Louis, MO 63102 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL Bar No. 06211943 | TELEPHONE NUMBER <br> 314-621-6115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |