**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GERALD GEORGE, CATHY DUNN, TIMOTHY STREFF, and ANDREW SWANSON, etc., v. KRAFT FOODS GLOBAL, INC., KRAFT FOODS GLOBAL INC. ADMINISTRATIVE COMMITTEE, et al. | **FILED: JULY 2, 2008**<br>**08CV3799**<br>**JUDGE CASTILLO**<br>**MAGISTRATE JUDGE NOLAN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS - GERALD GEORGE, CATHY DUNN, TIMOTHY STREFF, and ANDREW SWANSON, individually and as representatives of a class of similarly situated persons

| | |
|---|---|
| NAME (Type or print) | |
| Troy A. Doles | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Troy A. Doles | |
| FIRM | |
| Schlichter Bogard & Denton | |
| STREET ADDRESS | |
| 100 S 4th Street, Suite 900 | |
| CITY/STATE/ZIP | |
| St. Louis, MO 63102 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| IL Bar No. 624280306211943 | 314-621-6115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |