# United States District Court for the Northern District of Illinois

Case Number: 08CV3799                 Assigned/Issued By: DAJ

Judge Name: CASTILLO                  Designated Magistrate Judge: NOLAN

## FEE INFORMATION

*Amount Due:*  ☑ $350.00     ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                         Receipt #: 2907021

Date Payment Rec'd: 07/02/08                Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons        _____
                                            _____
                                            (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
     (Type of Writ)

15  Original and  0  copies on  07/02/08  as to  DEF'S. _____
                                   (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05