**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-3799 |
|---|---|
| George, et al. v. Kraft Foods Global, Inc., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Kraft Foods Global, Inc.; Kraft Foods Global, Inc. Administrative Committee; Benefits Investment Committee; Jim Dollive; Karen May; Marc Firestone; Pamela King; Timothy McLevish; Kraft Foods Inc.; Kraft Foods Global, Inc. Management Committee of Employee Benefits; Compensation and Governance Committee of the Kraft Foods Inc. Board of Directors; and Kraft Benefits Investment Group

| NAME (Type or print) |
|---|
| Ian H. Morrison |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Ian H. Morrison |

| FIRM |
|---|
| Seyfarth Shaw LLP |

| STREET ADDRESS |
|---|
| 131 S. Dearborn St., Suite 2400 |

| CITY/STATE/ZIP |
|---|
| Chiacgo, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL 6231153 | 312-460-5000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐