**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08-cv-3799

George, et al. v. Kraft Foods Global, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Kraft Foods Global, Inc.; Kraft Foods Global, Inc. Administrative Committee; Benefits Investment Committee; Jim Dollive; Karen May; Marc Firestone; Pamela King; Timothy McLevish; Kraft Foods Inc.; Kraft Foods Global, Inc. Management Committee of Employee Benefits; Compensation and Governance Committee of the Kraft Foods Inc. Board of Directors; and Kraft Benefits Investment Group

| | |
|---|---|
| NAME (Type or print) | |
| Amanda A. Sonneborn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Amanda A. Sonneborn | |
| FIRM | |
| Seyfarth Shaw LLP | |
| STREET ADDRESS | |
| 131 S. Dearborn St., Suite 2400 | |
| CITY/STATE/ZIP | |
| Chiacgo, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| IL 6279835 | 312-460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |