# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 08-CV-03799 |
| v. ) | |
| ) | Judge Ruben Castillo |
| KRAFT FOODS GLOBAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR AN
## EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendants—Kraft Foods Global, Inc.; Kraft Foods Global, Inc. Administrative Committee; Benefits Investment Committee; Jim Dollive; Karen May; Marc Firestone; Pamela King; Timothy McLevish; Kraft Foods Inc.; Kraft Foods Global, Inc. Management Committee of Employee Benefits; Compensation and Governance Committee of the Kraft Foods Inc. Board of Directors; and Kraft Benefits Investment Group—through their attorneys Seyfarth Shaw LLP, respectfully move this Court for an extension of time, until Friday, August 15, 2008, to file an answer or otherwise respond.

In support of this motion, the listed Defendants state as follows:

1. On July 2, 2008, Plaintiffs filed their Class Action Complaint.

2. Defendants require additional time to investigate the allegations of the Complaint prior to filing their answer or otherwise responding.

3. On July 9, 2008, Defendants' counsel consulted Plaintiffs' counsel regarding this motion for an extension of time to file an answer or otherwise respond, and Plaintiffs' counsel had no objection to the requested extension.

2

    4.       Plaintiffs will not be prejudiced by the requested extension of time.

    5.       Defendants make this request in good faith and not for the purpose of delay or any other improper reason.

WHEREFORE, Defendants respectfully request that this Court grant Defendants an extension of time until August 15, 2008, to file an answer or otherwise respond.

**DATED : July 15, 2008**

Respectfully submitted,

DEFENDANTS KRAFT FOODS GLOBAL, INC.; KRAFT FOODS GLOBAL, INC. ADMINISTRATIVE COMMITTEE; BENEFITS INVESTMENT COMMITTEE; JIM DOLLIVE; KAREN MAY; MARC FIRESTONE; PAMELA KING; TIMOTHY MCLEVISH; KRAFT FOODS INC.; KRAFT FOODS GLOBAL, INC. MANAGEMENT COMMITTEE OF EMPLOYEE BENEFITS; COMPENSATION AND GOVERNANCE COMMITTEE OF THE KRAFT FOODS INC. BOARD OF DIRECTORS; AND KRAFT BENEFITS INVESTMENT GROUP

*/s/ Amanda A. Sonneborn*
One of Their Attorneys

Ronald J. Kramer
Ian H. Morrison
Amanda A. Sonneborn
Sam Schwartz-Fenwick
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: rkramer@seyfarth.com
       imorrison@seyfarth.com
       asonneborn@seyfarth.com
       sschwartz@seyfarth.com

CH1 11518182.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 15, 2008, she caused a copy of DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following CM/ECF registrants:

>Nelson G. Wolff
>Troy A. Doles
>Schlichter Bogard & Denton
>100 S. 4th Street
>Suite 900
>St. Louis, MO 63102
>314 621 6115
>nwolff@uselaws.com
>tdoles@uselaws.com
>
>*/s/ Amanda A. Sonneborn*
>Amanda A. Sonneborn

CH1 11518182.1