**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GERALD GEORGE, et al., | ) |
| Plaintiffs, | ) ) ) ) Case No. 08-CV-03799 |
| v. | ) ) Judge Ruben Castillo |
| KRAFT FOODS GLOBAL, INC., et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Plaintiffs and their attorneys, Nelson G. Wolff, Troy A. Doles, Schlichter Bogard & Denton, 100 S. 4th Street, Suite 900, St. Louis, MO 63102.

**PLEASE TAKE NOTICE** that on Wednesday, July 23, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, Defendants—Kraft Foods Global, Inc.; Kraft Foods Global, Inc. Administrative Committee; Benefits Investment Committee; Jim Dollive; Karen May; Marc Firestone; Pamela King; Timothy McLevish; Kraft Foods Inc.; Kraft Foods Global, Inc. Management Committee of Employee Benefits; Compensation and Governance Committee of the Kraft Foods Inc. Board of Directors; and Kraft Benefits Investment Group—shall appear before the Honorable Judge Ruben Castillo, or whomever may be sitting in Judge Castillo's stead, in the United States District Court for the Northern District of Illinois, and then and there shall present *DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND*, copies of which are attached hereto and served upon you.

CH1 11521021.1

|  |  |
|---|---|
| Dated: July 15, 2008 | **SEYFARTH SHAW, L.L.P.** |
|  | BY: /s Amanda A. Sonneborn |
|  | Amanda A. Sonneborn |
|  | Seyfarth Shaw LLP |
|  | 131 South Dearborn Street, Ste. 2400 |
|  | Chicago, IL 60603-5577 |
|  | Phone: (312) 460-5000 |
|  | *Attorneys for Defendants* |
|  | *Kraft Foods Global, Inc.; Kraft Foods Global, Inc. Administrative Committee; Benefits Investment Committee; Jim Dollive; Karen May; Marc Firestone; Pamela King; Timothy McLevish; Kraft Foods Inc.; Kraft Foods Global, Inc. Management Committee of Employee Benefits; Compensation and Governance Committee of the Kraft Foods Inc. Board of Directors; and Kraft Benefits Investment Group* |

2

CH1 11521021.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 15, 2008, a true and correct copy of DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND and NOTICE OF MOTION thereof was served via first class mail, postage prepaid, on counsel named below:

>Nelson G. Wolff
>Troy A. Doles
>Schlichter Bogard & Denton
>100 S. 4th Street
>Suite 900
>St. Louis, MO 63102
>314 621 6115
>nwolff@uselaws.com
>tdoles@uselaws.com
>
>*/s/ Amanda A. Sonneborn*
>Amanda A. Sonneborn