**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GERALD GEORGE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRAFT FOODS GLOBAL, INC., et al., )<br>)<br>Defendants. ) | Case No. 08-CV-03799<br><br>Judge Ruben Castillo |

### DEFENDANTS' NOTIFICATION AS TO AFFILIATES

Defendants Kraft Foods Inc. and Kraft Foods Global, Inc., through their attorneys Seyfarth Shaw LLP and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, state as follows:

1. Defendant Kraft Foods Inc. has no parent corporation and no publicly held entity owns more than 5% of its stock.

2. Defendant Kraft Foods Global, Inc. is a wholly-owned subsidiary of Kraft Foods Inc.

> Respectfully submitted,
>
> DEFENDANTS KRAFT FOODS GLOBAL, INC.
> AND KRAFT FOODS INC.
>
> */s/ Amanda A. Sonneborn*
> One of Their Attorneys

Ronald J. Kramer
Ian H. Morrison
Amanda A. Sonneborn
Sam Schwartz-Fenwick
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: rkramer@seyfarth.com
      imorrison@seyfarth.com
      asonneborn@seyfarth.com
      sschwartz@seyfarth.com

**DATED: July 15, 2008**

CH1 11518331.1

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 15, 2008, she caused a copy of DEFENDANTS' NOTIFICATION AS TO AFFILIATES to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following CM/ECF registrants:

>Nelson G. Wolff
>Troy A. Doles
>Schlichter Bogard & Denton
>100 S. 4th Street
>Suite 900
>St. Louis, MO 63102
>(314) 621-6115

>*/s/ Amanda A. Sonneborn*
>Amanda A. Sonneborn