UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gerald George, et al.
                    Plaintiff,

v.                                      Case No.: 1:08−cv−03799
                                        Honorable Ruben Castillo

Kraft Foods Global, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Defendants' unopposed motion for an extension of time to answer or otherwise plead [11] is granted. Defendants to answer or otherwise plead to the complaint on or before 8/15/2008. Motion hearing set for 7/23/2008 is vacated. Parties to file a joint status report on or before 8/18/2008. The Court will hold a status hearing in open court on 8/21/2008 at 9:45 AM. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.