**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GERALD GEORGE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRAFT FOODS GLOBAL, INC., )<br>KRAFT FOODS GLOBAL INC. )<br>ADMINSTRATIVE COMMITTEE, )<br>BENEFITS INVESTMENT COMMITTEE )<br>and JIM DOLLIVE, KAREN MAY, )<br>MARC FIRESTONE, PAMELA KING, )<br>and TIMOTHY McLEVISH, all in their )<br>capacities as members of the Benefits )<br>Investment Committee, )<br>)<br>KRAFT FOODS, INC., )<br>)<br>KRAFT FOODS GLOBAL, INC. )<br>MANAGEMENT COMMITTEE )<br>OF EMPLOYEE BENEFITS, )<br>)<br>COMPENSATION AND )<br>GOVERNANCE COMMITTEE )<br>OF THE KRAFT FOODS, INC. )<br>BOARD OF DIRECTORS, )<br>)<br>KRAFT BENEFITS INVESTMENT )<br>GROUP, )<br>)<br>CORPORATE EMPLOYEE PLANS )<br>INVESTMENT COMMITTEE OF THE )<br>BOARD OF DIRECTORS OF )<br>ALTRIA GROUP, INC. (f/k/a Philip )<br>Morris Companies Inc.), )<br>)<br>ALTRIA CORPORATE SERVICES, INC. )<br>)<br>BENEFITS INVESTMENT GROUP OF )<br>ALTRIA CORPORATE SERVICES, INC. )<br>)<br>Defendants )  | Case No. 08 CV 3799<br><br>Judge Ruben Castillo |

-2-

### ALTRIA DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Corporate Employee Plans Investment committee of the Board of Directors of Altria Group, Inc., Altria Corporate Services Inc., and Benefits Investment Group of Altria Corporate Services, Inc. (collectively, the "Altria Defendants"), hereby move for an unopposed extension of time until August 22, 2008, in which to answer or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter. In support thereof, the Altria Defendants state as follows:

1. On July 2, 2008, Plaintiff filed their Class Action Complaint. Thereafter, on July 8, 2008, counsel for the Altria Defendants agreed to accept service of Plaintiffs' Complaint.

2. Pursuant to Rules 6(a) and 12(a)(1)(A) of the Federal Rules of Civil Procedure, the Altria Defendants would be required to Answer or otherwise plead in response to Plaintiffs' Complaint by July 28, 2008.

3. On July 15, 2008, certain other Defendants in this action ("the Kraft Defendants") filed their Unopposed Motion for Extension of Time, requesting until August 15, 2008 to answer or otherwise plead in response to Plaintiffs' Complaint. This Court granted the Kraft Defendants' motion on July 18, 2008.

4. To allow the Altria Defendants, who received the Complaint in this case later than the Kraft Defendants, sufficient time to investigate the complex allegations of this ERISA class action, and to prepare a responsive pleading to Plaintiff's Complaint, the Altria Defendants request they be granted this unopposed extension of time until August 22, 2008, in which to answer or otherwise plead.

5. On July 22, 2008, counsel for the Altria Defendants spoke with Plaintiffs' counsel regarding this motion for an extension of time to answer or otherwise plead, and Plaintiffs' counsel stated that Plaintiffs do <u>not</u> object to the extension of time requested by this motion.

6. This motion is not made for purposes harassment or undue delay, nor is it due to any oversight or lack of diligence on the part of the Altria Defendants.

WHEREFORE, the Altria Defendants request an extension of time until August 22, 2008, in which to answer or otherwise plead in response to the Complaint in this matter.

Dated: July 23, 2008

                        Respectfully submitted,

                        CORPORATE EMPLOYEE PLANS INVESTMENT COMMITTEE OF THE BOARD OF DIRECTORS OF ALTRIA GROUP, INC., ALTRIA CORPORATE SERVICES INC., and BENEFITS INVESTMENT GROUP OF ALTRIA CORPORATE SERVICES, INC.

                        By:    /s/ Catherine W. Joyce
                              One of Defendants' Attorneys

Catherine W. Joyce
Michael P. Roche
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
cjoyce@winston.com

-4-

## CERTIFICATE OF SERVICE

The undersigned counsel for the Altria Defendants hereby certifies that he caused a true and correct copy of the foregoing Unopposed Motion for an Extension of Time to be served upon the following counsel of record:

Nelson G. Wolff  
Troy A. Doles  
Schlichter, Bogard & Denton  
100 South Fourth Street  
Suite 900  
St. Louis, Missouri 63102  
nwolff@uselaws.com  
tdoles@uselaws.com

Ronald J. Kramer  
Ian H. Morrison  
Amanda A. Sonneborn  
Sam Schwartz-Fenwick  
SEYFARTH SHAW LLP  
131 South Dearborn Street, Suite 2400  
Chicago, IL 60603  
rkramer@seyfarth.com  
imorrison@seyfarth.com  
asonneborn@seyfarth.com  
sschwartz@seyfarth.com

by electronic filing, this 23rd day of July, 2008.

/s/ Catherine W. Joyce

CHI:2124803.3