**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GERALD GEORGE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| KRAFT FOODS GLOBAL, INC., ) | |
| KRAFT FOODS GLOBAL INC. ) | |
| ADMINSTRATIVE COMMITTEE, ) | |
| BENEFITS INVESTMENT COMMITTEE ) | |
| and JIM DOLLIVE, KAREN MAY, ) | |
| MARC FIRESTONE, PAMELA KING, ) | |
| and TIMOTHY McLEVISH, all in their ) | |
| capacities as members of the Benefits ) | |
| Investment Committee, ) | |
| ) | |
| KRAFT FOODS, INC., ) | |
| ) | |
| KRAFT FOODS GLOBAL, INC. ) | |
| MANAGEMENT COMMITTEE ) | |
| OF EMPLOYEE BENEFITS, ) | |
| ) | Case No. 08 CV 3799 |
| COMPENSATION AND ) | |
| GOVERNANCE COMMITTEE ) | Judge Ruben Castillo |
| OF THE KRAFT FOODS, INC. ) | |
| BOARD OF DIRECTORS, ) | |
| ) | |
| KRAFT BENEFITS INVESTMENT ) | |
| GROUP, ) | |
| ) | |
| CORPORATE EMPLOYEE PLANS ) | |
| INVESTMENT COMMITTEE OF THE ) | |
| BOARD OF DIRECTORS OF ) | |
| ALTRIA GROUP, INC. (f/k/a Philip ) | |
| Morris Companies Inc.), ) | |
| ) | |
| ALTRIA CORPORATE SERVICES, INC. ) | |
| ) | |
| BENEFITS INVESTMENT GROUP OF ) | |
| ALTRIA CORPORATE SERVICES, INC. ) | |
| ) | |
| Defendants ) | |

## NOTICE OF MOTION

TO:　Nelson G. Wolff
　　　Troy A. Doles
　　　Schlichter, Bogard & Denton
　　　100 South Fourth Street
　　　Suite 900
　　　St. Louis, Missouri 63102

　　　**PLEASE TAKE NOTICE** that on July 29, 2008, at 9:45 a.m., or as soon as thereafter counsel may be heard, counsel for Defendants Corporate Employee Plans Investment committee of the Board of Directors of Altria Group, Inc., Altria Corporate Services Inc., and Benefits Investment Group of Altria Corporate Services, Inc. (collectively, the "Altria Defendants") shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present the attached Unopposed Motion for an Extension of Time, copies of which are attached hereto and served upon you..

Dated: July 23, 2008　　　　　　　CORPORATE EMPLOYEE PLANS INVESTMENT
　　　　　　　　　　　　　　　　　COMMITTEE OF THE BOARD OF DIRECTORS OF
　　　　　　　　　　　　　　　　　ALTRIA GROUP, INC., ALTRIA CORPORATE
　　　　　　　　　　　　　　　　　SERVICES INC., and BENEFITS INVESTMENT
　　　　　　　　　　　　　　　　　GROUP OF ALTRIA CORPORATE SERVICES, INC.

　　　　　　　　　　　　　　　　　By:　　/s/ Catherine W. Joyce
　　　　　　　　　　　　　　　　　　　　　One of Defendants' Attorneys

Catherine W. Joyce
Michael P. Roche
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
cjoyce@winston.com

## **CERTIFICATE OF SERVICE**

        The undersigned counsel for the Altria Defendants hereby certifies that he caused a true and correct copy of the foregoing Unopposed Motion for an Extension of Time to be served upon the following counsel of record:

| | |
|---|---|
| Nelson G. Wolff | Ronald J. Kramer |
| Troy A. Doles | Ian H. Morrison |
| Schlichter, Bogard & Denton | Amanda A. Sonneborn |
| 100 South Fourth Street | Sam Schwartz-Fenwick |
| Suite 900 | SEYFARTH SHAW LLP |
| St. Louis, Missouri 63102 | 131 South Dearborn Street, Suite 2400 |
| nwolff@uselaws.com | Chicago, IL 60603 |
| tdoles@uselaws.com | rkramer@seyfarth.com |
| | imorrison@seyfarth.com |
| | asonneborn@seyfarth.com |
| | sschwartz@seyfarth.com |

by electronic filing, this 23rd day of July, 2008.

          /s/ Catherine W. Joyce