IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD GEORGE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3799 |
| | ) | |
| KRAFT FOODS GLOBAL, INC., et al.; | ) | Judge Ruben Castillo |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' NOTIFICATION AS TO AFFILIATES**

Defendants, Corporate Employee Plans Investment Committee of the Board of Directors of Altria Group, Inc. and Altria Corporate Services Inc., pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, state as follows:

1. Altria Group, Inc. has no parent corporation and no entity owns more than 5% of its stock.

2. Altria Corporate Services, Inc. (now known as Altria Client Services, Inc.) is a wholly-owned subsidiary of Altria Group, Inc.

        Respectfully submitted,

        CORPORATE EMPLOYEE PLANS INVESTMENT
        COMMITTEE OF THE BOARD OF DIRECTORS OF
        ALTRIA GROUP, INC. and ALTRIA CORPORATE
        SERVICES INC.

Dated: July 23, 2008        By:   /s/ Catherine W. Joyce
                                        One of Defendants' Attorneys

Catherine W. Joyce
Michael P. Roche
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
cjoyce@winston.com

-2-

## CERTIFICATE OF SERVICE

The undersigned counsel for the Altria Defendants hereby certifies that he caused a true and correct copy of the foregoing Unopposed Motion for an Extension of Time to be served upon the following counsel of record:

| | |
|---|---|
| Nelson G. Wolff | Ronald J. Kramer |
| Troy A. Doles | Ian H. Morrison |
| Schlichter, Bogard & Denton | Amanda A. Sonneborn |
| 100 South Fourth Street | Sam Schwartz-Fenwick |
| Suite 900 | SEYFARTH SHAW LLP |
| St. Louis, Missouri 63102 | 131 South Dearborn Street, Suite 2400 |
| nwolff@uselaws.com | Chicago, IL 60603 |
| tdoles@uselaws.com | rkramer@seyfarth.com |
| | imorrison@seyfarth.com |
| | asonneborn@seyfarth.com |
| | sschwartz@seyfarth.com |

by electronic filing, this 23rd day of July, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Catherine W. Joyce

CHI:2125260.2