UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gerald George, et al.
                          Plaintiff,

v.                                          Case No.: 1:08−cv−03799
                                                    Honorable Ruben Castillo

Kraft Foods Global, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Altria Defendants' unopposed motion for an extension of time to answer or otherwise plead [17] is granted. The Court will give all defendants until 8/22/2008 to answer or otherwise plead to the complaint. Parties to file the joint status report on or before 8/28/2008. Status hearing reset to 9/3/2008 at 9:45 AM. Motion hearing set for 7/29/2008 and status hearing set for 8/21/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.