**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number: 08 CV 3799

Gerald George, et al. v. Kraft Foods Global, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Corporate Employee Plans Investment Committee of the Board of Directors of Altria Group, Inc.
Altria Corporate Services, Inc.
Benefits Investment Group of Altria Corporate Services, Inc.

| |
|---|
| NAME (Type or print)<br>Jonathan E. Rosemeyer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jonathan E. Rosemeyer |
| FIRM<br>Winston & Strawn LLP |
| STREET ADDRESS<br>35 West Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293662 | TELEPHONE NUMBER<br>(312) 558-5600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐