### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, et al., | ) |
| Plaintiffs, | ) ) ) |
| | ) Case No. 08-CV-03799 |
| v. | ) ) |
| | ) Judge Ruben Castillo |
| KRAFT FOODS GLOBAL, INC., et al., | ) ) |
| Defendants. | ) |

### **DEFENDANTS' AMENDED NOTIFICATION AS TO AFFILIATES**

Defendants Kraft Foods Inc. and Kraft Foods Global, Inc., through their attorneys Seyfarth Shaw LLP and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, state as follows:

1. Defendant Kraft Foods Inc. has no parent corporation. The only publicly held entity that owns more than 5% of Kraft Foods Inc.'s stock is Berkshire Hathaway Inc.

2. Defendant Kraft Foods Global, Inc. is a wholly-owned subsidiary of Kraft Foods Inc.

        Respectfully submitted,

        DEFENDANTS KRAFT FOODS GLOBAL, INC.
        AND KRAFT FOODS INC.

        */s/ Sam Schwartz-Fenwick*
        One of Their Attorneys

Ronald J. Kramer
Ian H. Morrison
Amanda A. Sonneborn
Sam Schwartz-Fenwick
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email:  rkramer@seyfarth.com
       imorrison@seyfarth.com
       asonneborn@seyfarth.com
       sschwartz@seyfarth.com

**DATED: July 25, 2008**

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 25, 2008, she caused a copy of DEFENDANTS' AMENDED NOTIFICATION AS TO AFFILIATES to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following CM/ECF registrants:

>Nelson G. Wolff
>Troy A. Doles
>Schlichter Bogard & Denton
>100 S. 4th Street
>Suite 900
>St. Louis, MO 63102
>(314) 621-6115

>*/s/ Sam Schwartz-Fenwick*
>    Sam Schwartz-Fenwick