IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD GEORGE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-cv-3799 |
| | ) | |
| KRAFT FOODS GLOBAL, INC., et al., | ) | Judge Castillo |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE**

Plaintiffs Gerald George, et al., by their attorneys, move for leave to file the attached, additional appearance of attorney Thomas R. Meites, of the law firm Meites, Mulder, Mollica & Glink.

                              Respectfully submitted,

                              By **/s/Nelson G. Wolff**
                              Jerome J. Schlichter
                              Nelson G. Wolff
                              nwolff@uselaws.com
                              Schlichter Bogard & Denton
                              120 W. Main Street, Ste 208
                              Belleville, IL  62220
                              and
                              100 S. 4th Street
                              Suite 900
                              St. Louis, MO 63102
                              314 621 6115
                              Email: nwolff@uselaws.com

## CERTIFICATE OF SERVICE

The undersigned counsel served the foregoing **Motion for Leave to File Additional Appearance** by ecf-filing on **August 18, 2008**.

To:  **Catherine W. Joyce**              **Ian H. Morrison**
     Winston & Strawn LLP                 Seyfarth Shaw LLP
     35 West Wacker Drive                 131 South Dearborn Street, Suite 2400
     Chicago, IL 60601-9703               Chicago, IL 60603-5577
     (312) 558-5600                       (312) 460-5000
     cjoyce@winston.com                   imorrison@seyfarth.com

                                          By **/s/Nelson G. Wolff**
                                              **Nelson G. Wolff**
                                          Jerome J. Schlichter
                                          Nelson G. Wolff
                                          nwolff@uselaws.com
                                          Schlichter Bogard & Denton
                                          120 W. Main Street, Ste 208
                                          Belleville, IL  62220
                                          and
                                          100 S. 4th Street
                                          Suite 900
                                          St. Louis, MO 63102
                                          314 621 6115
                                          Email: nwolff@uselaws.com

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 CV 3799

George et al v. Kraft Foods Global, Inc. et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gerald George, Cathy Dunn, Timothy Streff, Andrew Swanson, et al,
Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> Thomas R. Meites | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas R. Meites | |
| FIRM <br> Meites, Mulder, Mollica & Glink | |
| STREET ADDRESS <br> 20 S. Clark St, Suite 1500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 01880241 | TELEPHONE NUMBER <br> (312) 263-0272 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |