IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD GEORGE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-cv-3799 |
| | ) | |
| KRAFT FOODS GLOBAL, INC., et al., | ) | Judge Castillo |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE**

**PLEASE TAKE NOTICE THAT** on **September, 3, 2008 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs will appear before the Honorable Judge Ruben Castillo, or any judge sitting his stead in Courtroom 2146 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the **MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE**, a copy of which is transmitted herewith.

Respectfully submitted,

By **/s/Nelson G. Wolff**
Jerome J. Schlichter
Nelson G. Wolff
nwolff@uselaws.com
Schlichter Bogard & Denton
120 W. Main Street, Ste 208
Belleville, IL  62220
and
100 S. 4th Street
Suite 900
St. Louis, MO 63102
314 621 6115
Email: nwolff@uselaws.com

## CERTIFICATE OF SERVICE

The undersigned counsel served the foregoing **Notice of Motion for Leave to File Additional Appearance** by ecf-filing on **August 18, 2008**.

|  |  |  |
|---|---|---|
| To: | **Catherine W. Joyce**<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>(312) 558-5600<br>cjoyce@winston.com | **Ian H. Morrison**<br>Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, IL 60603-5577<br>(312) 460-5000<br>imorrison@seyfarth.com |

By **/s/Nelson G. Wolff**
　**Nelson G. Wolff**
Jerome J. Schlichter
Nelson G. Wolff
nwolff@uselaws.com
Schlichter Bogard & Denton
120 W. Main Street, Ste 208
Belleville, IL  62220
and
100 S. 4th Street
Suite 900
St. Louis, MO 63102
314 621 6115
Email: nwolff@uselaws.com