FILED
AUGUST 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
George et al v. Kraft Foods Global, Inc. et al

Case Number: 08 CV 3799

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gerald George, Cathy Dunn, Timothy Streff, Andrew Swanson, et al,
Plaintiffs

| Field | Value |
|---|---|
| NAME (Type or print) | Thomas R. Meites |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Thomas R. Meites |
| FIRM | Meites, Mulder, Mollica & Glink |
| STREET ADDRESS | 20 S. Clark St, Suite 1500 |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 01880241 |
| TELEPHONE NUMBER | (312) 263-0272 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? |  | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ |  |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ |  |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? |  | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐