**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GERALD GEORGE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3799 |
| | ) | |
| KRAFT FOODS GLOBAL, INC., et al.; | ) | Judge Ruben Castillo |
| | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

TO: Nelson G. Wolff
     Troy A. Doles
     Schlichter, Bogard & Denton
     100 South Fourth Street
     Suite 900
     St. Louis, Missouri 63102

     **PLEASE TAKE NOTICE** that on August 27, 2008, at 9:45 a.m., or as soon as thereafter counsel may be heard, counsel for Defendants Corporate Employee Plans Investment committee of the Board of Directors of Altria Group, Inc., Altria Corporate Services Inc., and Benefits Investment Group of Altria Corporate Services, Inc. (collectively, the "Altria Defendants") shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present the attached Motion for Leave to Withdraw as Counsel, copies of which are attached hereto and served upon you..

Dated: August 20, 2008         CORPORATE EMPLOYEE PLANS INVESTMENT
                                        COMMITTEE OF THE BOARD OF DIRECTORS OF
                                        ALTRIA GROUP, INC., ALTRIA CORPORATE
                                        SERVICES INC., and BENEFITS INVESTMENT
                                        GROUP OF ALTRIA CORPORATE SERVICES, INC.

                                        By:    /s/ Catherine W. Joyce
                                                 One of Defendants' Attorneys

Catherine W. Joyce
Michael P. Roche
Jonathan E. Rosemeyer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
cjoyce@winston.com

**CERTIFICATE OF SERVICE**

   The undersigned counsel for the Altria Defendants hereby certifies that she caused a true and correct copy of the foregoing Notice of Motion to Dismiss to be served upon the following counsel of record:

| | |
|---|---|
| Nelson G. Wolff | Ronald J. Kramer |
| Troy A. Doles | Ian H. Morrison |
| Schlichter, Bogard & Denton | Amanda A. Sonneborn |
| 100 South Fourth Street | Sam Schwartz-Fenwick |
| Suite 900 | SEYFARTH SHAW LLP |
| St. Louis, Missouri 63102 | 131 South Dearborn Street, Suite 2400 |
| nwolff@uselaws.com | Chicago, IL 60603 |
| tdoles@uselaws.com | rkramer@seyfarth.com |
| | imorrison@seyfarth.com |
| | asonneborn@seyfarth.com |
| | sschwartz@seyfarth.com |

by electronic filing, this 20th day of August, 2008.

                  /s/ Catherine W. Joyce