IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., et al.,<br><br>Defendants | Case No. 08-CV-03799<br><br>Judge Ruben Castillo |

**ALTRIA DEFENDANTS' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Corporate Employee Plans Investment Committee of the Board of Directors of Altria Group, Inc., Altria Corporate Services Inc., and Benefits Investment Group of Altria Corporate Services, Inc. (collectively, the "Altria Defendants"), hereby move for an unopposed extension of time until August 25, 2008, in which to answer or otherwise plead in response to Plaintiffs' Complaint in the above-captioned matter. In support thereof, the Altria Defendants state as follows:

1. On July 2, 2008, Plaintiffs filed their Class Action Complaint (the "Complaint"). Thereafter, on July 8, 2008, then counsel for the Altria Defendants, Winston & Strawn, agreed to accept service of the Complaint.

2. On July 24, 2008 this Court granted the Altria Defendants' unopposed motion for an extension of time until August 22, 2008, in which to answer or otherwise plead in response to the Complaint.

3. The Altria Defendants are seeking this brief, additional extension of time to respond to Plaintiffs' Complaint because: (i) the Altria Defendants have recently appointed Proskauer Rose LLP ("Proskauer") as substitute counsel to represent them in this case; and (ii)

Proskauer's ability to respond to the Complaint has been inhibited by simultaenous discovery proceedings taking place in a related action commenced by Plaintiffs, in connection with which Proskauer has been engaged in active discussions with Plaintiffs' counsel in an effort to arrive at an agreeable schedule for that discovery.

4. On August 20, 2008, counsel for the Altria Defendants spoke with Plaintiffs' counsel regarding this motion for an extension of time to answer or otherwise plead in response to Plaintiffs' Complaint, and Plaintiffs' counsel stated that Plaintiffs do <u>not</u> object to the extension of time requested by this motion.

5. This motion is not made for purposes harassment or undue delay, nor is it due to any oversight or lack of diligence on the part of the Altria Defendants.

WHEREFORE, the Altria Defendants request an extension of time until August 25, 2008, in which to answer or otherwise plead in response to the Complaint in this matter.

Dated: August 20, 2008

<blockquote>
Respectfully submitted,

DEFENDANTS CORPORATE EMPLOYEE PLANS INVESTMENT COMMITTEE OF THE BOARD OF DIRECTORS OF ALTRIA GROUP, INC. (F/K/A PHILIP MORRIS COMPANIES INC.), ALTRIA CORPORATE SERVICES, INC., AND BENEFITS INVESTMENT GROUP OF ALTRIA CORPORATE SERVICES, INC.

*/s/ Steven R. Gilford*
One of Their Attorneys
</blockquote>

Steven R. Gilford (sgilford@proskauer.com)

8405/15465-001 Current/11881520v1

PROSKAUER ROSE LLP
222 South Riverside Plaza, 29th Floor
Chicago, Illinois 60606
Phone: (312) 962-3513
Fax: (312) 962-3551

Myron Rumeld (mrumeld@proskauer.com)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Phone: (212) 969-3021
Fax: (212) 969-3006

Amy Covert (acovert@proskauer.com)
PROSKAUER ROSE LLP
One Newark Center
18th Floor
Newark, New Jersey 07102
Phone: (973) 274-3200
Fax: (973) 274-3299

3

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 20, 2008, true and correct copies of the foregoing Unopposed Motion for an Extension of Time to Answer or Otherwise Respond were duly presented to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following CM/ECF registrants:

| | |
|---|---|
| Nelson G. Wolff | Ronald J. Kramer |
| Troy A. Doles | Ian H. Morrison |
| SCHLICHTER, BOGARD & DENTON | Amanda A. Sonneborn |
| 100 South Fourth Street | Sam Schwartz-Fenwick |
| Suite 900 | SEYFARTH SHAW LLP |
| St. Louis, Missouri  63102 | 131 South Dearborn Street, Suite 2400 |
| nwolff@uselaws.com | Chicago, IL 60603 |
| tdoles@uselaws.com | rkramer@seyfarth.com |
| | imorrison@seyfarth.com |
| | asonneborn@seyfarth.com |
| | sschwartz@seyfarth.com |

*/s/ Steven R. Gilford*
Stephen R. Gilford