# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3799 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Gerald George, et al. Vs. Kraft Foods Global, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Catherine W. Joyce, Michael P. Roche, and Jonathan E. Rosemeyer's motion for leave to withdraw as counsel on behalf of defendants Corporate Employee Plans Investment Committee of the Board of Directors of Altria Group, Inc., Altria Corporate Services Inc., and Benefits Investment Group of Altria Corporate Services, Inc. [28] is granted. Steven Gilford and Sheri Davis are granted leave to file their appearances on behalf of the Altria Defendants. Altria Defendants' unopposed motion for an extension of time to answer or otherwise respond [31] is granted. Defendants to answer or otherwise plead to the complaint on or before 8/25/2008. Final extension. Motion hearing set for 8/27/2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|