**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GERALD GEORGE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRAFT FOODS GLOBAL, INC., et al., )<br>)<br>Defendants. ) | Case No. 08-CV-03799<br><br>Judge Ruben Castillo |

## NOTICE OF MOTION

TO:    Nelson G. Wolff                                Steven R. Gilford
       Troy A. Doles                                    Sheri D. Davis
       Schlichter Bogard & Denton            Proskauer Rose LLP
       100 S. 4th Street                                222 S. Riverside Plaza, 29th Fl.
       Suite 900                                            Chicago, IL 60606
       St. Louis, MO 63102                        312-962-3550
       314-621-6115                                  sgilford@proskauer.com
       nwolff@uselaws.com                    sdavis@proskauer.com
       tdoles@uselaws.com

PLEASE TAKE NOTICE that on September 3, 2008 the undersigned shall appear before the Honorable Ruben Castillo at 9:45 a.m. in Room 2141 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **KRAFT DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** a copy of which is attached hereto and hereby served upon you.

**DATED : August 22, 2008**

        Respectfully submitted,

        DEFENDANTS KRAFT FOODS GLOBAL, INC.; KRAFT FOODS GLOBAL, INC. ADMINISTRATIVE COMMITTEE; BENEFITS INVESTMENT COMMITTEE; JIM DOLLIVE; KAREN MAY; MARC FIRESTONE; PAMELA KING; TIMOTHY MCLEVISH; KRAFT FOODS INC.; KRAFT FOODS GLOBAL, INC. MANAGEMENT COMMITTEE OF EMPLOYEE BENEFITS; COMPENSATION AND GOVERNANCE COMMITTEE OF THE KRAFT FOODS INC. BOARD OF DIRECTORS; AND KRAFT BENEFITS INVESTMENT GROUP

        */s/ Amanda A. Sonneborn*
        One of Their Attorneys

Ronald J. Kramer (rkramer@seyfarth.com)
Ian H. Morrison (imorrison@seyfarth.com)
Amanda A. Sonneborn (asonneborn@seyfarth.com)
Sam Schwartz-Fenwick (sschwartz@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

CH1 11539913.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 22, 2008, she electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Nelson G. Wolff | Steven R. Gilford |
| Troy A. Doles | Sheri D. Davis |
| Schlichter Bogard & Denton | Proskauer Rose LLP |
| 100 S. 4th Street | 222 S. Riverside Plaza, 29th Fl. |
| Suite 900 | Chicago, IL 60606 |
| St. Louis, MO 63102 | 312-962-3550 |
| 314-621-6115 | sgilford@proskauer.com |
| nwolff@uselaws.com | sdavis@proskauer.com |
| tdoles@uselaws.com | |

*/s/ Amanda A. Sonneborn*
Amanda A. Sonneborn

3

CH1 11539913.1