IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, et al., | |
| Plaintiffs, | Case No. 08-CV-03799 |
| v. | Judge Ruben Castillo |
| KRAFT FOODS GLOBAL, INC., et al., | |
| Defendants. | |

### NOTICE OF MOTION

TO:

| | |
|---|---|
| Ronald J. Kramer (rkramer@seyfarth.com) | Nelson G. Wolff (nwolff@uselaws.com) |
| Ian H. Morrison (imorrison@seyfarth.com) | Troy A. Doles (tdoles@uselaws.com) |
| SEYFARTH SHAW LLP | SCHLICHTER BOGARD & DENTON |
| 131 South Dearborn Street, Suite 2400 | 100 S. 4th Street, Suite 900 |
| Chicago, IL 60603 | St. Louis, MO 63102 |
| (312) 460 5000 | (312) 962 3350 |

PLEASE TAKE NOTICE that on September 3, 2008, the undersigned shall appear before the Honorable Ruben Castillo at 9:45 a.m. in Room 2141 at 219 South Dearborn Street, Chicago, Illinois and there present the attached **ALTRIA DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT,** a copy of which is attached hereto and hereby served upon you.

DATED: August 25, 2008

Respectfully submitted,

DEFENDANTS CORPORATE
EMPLOYEE PLANS
INVESTMENT COMMITTEE OF
THE BOARD OF DIRECTORS OF
ALTRIA GROUP, INC. (F/K/A
PHILIP MORRIS COMPANIES
INC.), ALTRIA CORPORATE
SERVICES, INC., AND BENEFITS
INVESTMENT GROUP OF
ALTRIA CORPORATE
SERVICES, INC.

*/s/ Steven R. Gilford*
One of Their Attorneys

Steven R. Gilford (Ill. Bar No. 3121730)
Sheri D. Davis (Ill. Bar No. 6274844)
PROSKAUER ROSE LLP
222 South Riverside Plaza, 29th Floor
Chicago, Illinois 60606
Phone: (312) 962-3513
Fax: (312) 962-3551
(sgilford@proskauer.com)
(sdavis@proskauer.com)

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 25, 2008, he electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF registrants:

| | |
|---|---|
| Nelson G. Wolff | Ronald J. Kramer |
| Troy A. Doles | Ian H. Morrison |
| SCHLICHTER, BOGARD & DENTON | Amanda A. Sonneborn |
| 100 South Fourth Street | Sam Schwartz-Fenwick |
| Suite 900 | SEYFARTH SHAW LLP |
| St. Louis, Missouri  63102 | 131 South Dearborn Street, Suite 2400 |
| (314) 621 6115 | Chicago, IL 60603 |
| nwolff@uselaws.com | (312) 460 5000 |
| tdoles@uselaws.com | rkramer@seyfarth.com |
| | imorrison@seyfarth.com |
| | asonneborn@seyfarth.com |
| | sschwartz@seyfarth.com |

*/s/ Steven R. Gilford*
Steven R. Gilford