# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3799 | **DATE** | 8/27/2008 |
| **CASE TITLE** |  | Gerald George, et al. Vs. Kraft Foods Global, Inc., et al. | |

**DOCKET ENTRY TEXT**

Amy Covert's motion for leave to appear pro hac vice on behalf of defendants, Corporate Employee Plans Investment Committee of the Board of Directors of Altria Group, Inc.; Altria Corporate Services, Inc.; Benefits Investment Group of Altria Corporate Services Inc. [42] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|