## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3799 | **DATE** | 8/28/2008 |
| **CASE TITLE** | George, et al. Vs. Kraft Foods Global, et al. | | |

**DOCKET ENTRY TEXT**

Howard Shapiro's motion for leave to appear pro hac vice on behalf of Altria Group, Inc./Altria Defendants [41] is granted. Michael D. Spencer's motion for leave to appear pro hac vice on behalf of Altria Defendants (Altria CSI, CEPIC and BIG Altria) [43] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|