

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3799 | **DATE** | 7/19/2011 |
| **CASE TITLE** | Gerald George, et al. Vs. Kraft Foods Global, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. Defendants' motion to vacate the Court's class certification order [219] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2011 JUL 19 PM 3:30
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|

08C3799 Gerald George, et al. Vs. Kraft Foods Global, Inc., et al.

Page 1 of 1