IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No: 08 CV 3799 |
| v. | ) |
| | ) Judge Ruben Castillo |
| KRAFT FOODS GLOBAL INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**

Plaintiffs respectfully request that the Court schedule a status conference so that the parties may discuss the status of the above-referenced case and all related matters.

        Respectfully submitted,

        SCHLICHTER, BOGARD & DENTON

        /s/ Troy A. Doles
        Jerome J. Schlichter, jschlichter@uselaws.com
        Nelson G. Wolff, nwolff@uselaws.com
        Troy A. Doles, tdoles@uselaws.com
        Jason P. Kelly, jkelly@uselaws.com
        120 W. Main Street, Ste. 208
        Belleville, IL  62220
        100 South Fourth Street, Ste. 900
        St. Louis, MO 63102
        Tel:  314-621-6115
        Fax:  314-621-7151
        Lead Counsel

        Thomas R. Meites
        TRMeites@mmmglaw.com
        Meites, Mulder, Mollica & Glink
        20 S. Clark Street, Suite 1500
        Chicago, Illinois 60603
        Tel:  312-263-0272
        Fax:  312-263-2942
        Local Counsel

## CERTIFICATE OF SERVICE

This is to certify that on November 18, 2011, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Troy A. Doles