**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Gerald George, et al.
          Plaintiff,

v.                Case No.: 1:08−cv−03799
                Honorable Ruben Castillo

Kraft Foods Global, Inc., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 23, 2011:

  MINUTE entry before Honorable Ruben Castillo:Status hearing held on 11/23/2011 and continued to 12/7/2011 at 9:45 a.m. Defendants' response to Plaintiff's second amended motion for class certification [304] is due on or before 12/5/2011. Defendants are granted leave to file a 25 page response brief. Defendants' motion for leave to substitute an expert witness [293] is entered and continued to 12/7/2011 at 9:45 a.m. Motion hearing and status hearing set for 12/14/2011 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.