```
                                        08cv3799
                                        Magistrate Judge Nolan
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that it is in the interest of efficient judicial administration for Magistrate Judge Nan R. Nolan to preside over matters in 07 C 1713, *George, et al. v. Kraft Foods Global, et al.,* and 08 C 3799, *George, et al. v. Kraft Foods Global, et al.,* in which the parties have filed joint limited consents, therefore

IT IS HEREBY ORDERED That Magistrate Judge Nolan is to preside over the above-referenced cases for the purposes described in the joint limited consents filed by the parties.


**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated at Chicago, Illinois this 29th day of February, 2012